# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

RONI VALLE-ARRAZOLA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation of Supervised Release**)

Case Number:  12-cr-00393-CMA-01

USM Number:  91582-208

Virginia L. Grady, AFPD
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Law | 06/21/2012 |
| 2 | Special Condition: If Deported, the Defendant Shall Not Illegally Re-Enter the United States | 06/21/2012 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 8, 2013
Date of Imposition of Judgment

Signature of Judge

Christine M. Arguello, U.S. District Judge
Name & Title of Judge

01/14/13
Date

DEFENDANT:  RONI VALLE-ARRAZOLA
CASE NUMBER:  12-cr-00393-CMA-01                    Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fifteen (15) months to be served concurrently with the term of imprisonment imposed in 12-cr-00292-CMA-01.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  RONI VALLE-ARRAZOLA
CASE NUMBER:  12-cr-00393-CMA-01                                    Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

The defendant must pay the balance of the special assessment previously imposed.

DEFENDANT:  RONI VALLE-ARRAZOLA
CASE NUMBER:  12-cr-00393-CMA-01                                    Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.